UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31308 |
|---|---|
| JOHN R RITTER | (Chapter 13) |
| DOROTHEA J RITTER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077929**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,007 | JP MORGAN CHASE BANK<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH  43240 | 72.15 |
| 15/ 7 | JP MORGAN CHASE BANK<br>1111 POLARIS PARKWAY<br>COLUMBUS, OH  43240 | 924.16 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service    06-31308

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOHN R RITTER
DOROTHEA J RITTER
1154 CRESTWOOD HILLS DR
VANDALIA, OH  45377

ROGER E LURING
314 W MAIN STREET
TROY, OH  45373

(7.3)
CHASE BANK
BOX 1016
COLUMBUS, OH  43216

(38.1n)
CITIMORTGAGE INC
CREDITORS LEGAL SERVICES
1270 NORTHLAND DR. STE. 200
MENDOTA HEIGHTS, MN  55120

(7.1)
JP MORGAN CHASE BANK
1111 POLARIS PARKWAY
COLUMBUS, OH  43240

(36.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

(37.1n)
WELLS FARGO BANK
PO BOX 829009
DALLAS, TX  75382

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      sv